In the Matter of BENJAMIN V.R.C., a Disbarred Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Decided May 8, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

COOPERSTOWN HOLSTEIN CORPORATION, Appellant, v TOWN OF MIDDLEFIELD, Respondent.

Submitted May 5, 2014; decided May 8, 2014

Motion by American Planning Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In re COUDERT BROTHERS LLP, Debtor. DEVELOPMENT SPECIALISTS, INC., Respondent-Appellant; K&L GATES LLP et al., Appellants-Respondents.

Submitted May 5, 2014; decided May 8, 2014

Motion by American Bar Association for leave to file a brief amicus curiae on consideration of the certified questions herein denied.

Judge SMITH taking no part.